NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RALPH TAYLOR,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2014-5097

———————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00759-SGB, Judge Susan G. Braden.

———————————

**ON MOTION**

———————————

**O R D E R**

Ralph Taylor moves for a 60-extension of time to pay the docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the docketing fee is due no later than December 29, 2014.  If Mr. Taylor

2                                    TAYLOR v. US

does not pay the $505 docketing fee by December 29, 2014, his appeal will be dismissed. No further extensions.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21